**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GEORGE NAGERA,

        Plaintiff,

vs.                                                      CASE NO. 6:08-CV-77-ORL-19DAB

RESORT CONSTRUCTION, LLC,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 44, filed April 17, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 44) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 43, filed April 3, 2009) is **GRANTED**, and the settlement amounts are **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   3rd   day of May, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record